# UNITED STATES DISTRICT COURT
## Eastern District of Missouri

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v | (For a Petty Offense) |
| STEVEN AHRENS | CASE NUMBER: 4:11CR408 NAB |
| | USM No. |
| | Robert West |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ THE DEFENDANT pleaded guilty to Count(s) one of the two count information on March 6, 2012.

☐ THE DEFENDANT was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R.4.23(a)(1) | DUI | 4/3/2011 | One (1) |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.

☐ THE DEFENDANT was found not guilty on count(s) _____

☒ Count(s) Two (2) and the companion tickets are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc.: 6429

Defendant's Year of Birth.: 1978

Defendant's USM No.:

City and State of Defendant's residence:
Arnold, MO.

March 6, 2012
Date of Imposition of Judgment

*/s/ signature*

Signature of Judicial Officer

Honorable Nannette A. Baker
United States Magistrate Judge
Name and Title of Judicial Officer

March 6, 2012
Date

DEFENDANT: STEVEN AHRENS
CASE NUMBER: 4:11CR408 NAB

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

| | Assessment | Fine | Restitution (Complete Sheet 4) |
|---|---|---|---|
| | $10.00 | $1,250.00 | |
| | | | |
| Totals: | | | |

☐ If applicable, restitution amount ordered pursuant to plea agreement ....................... _____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of _____

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ The interest requirement is waived.

  ☐ The interest requirement is modified as follows:

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A ☒ in full immediately; or

B ☐ _____ immediately, balance due (in accordance with C, D, or E); or

C ☐ not later than _____ , or

D ☐ in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E ☐ in _____ installments of _____ over a period of _____ to commence _____ after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States attorney

AO 245I (Rev. 09/11) Judgment in a Criminal Case for a Petty Offense:
Sheet 4 - Restitution

DEFENDANT: STEVEN AHRENS
CASE NUMBER: 4:11CR408 NAB

Judgment-Page 3 of 3

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 10.00 | $ 1,250.00 | $ |

☐ The determination of restitution is deferred until ———————— An Amended Judgment in a Criminal Case (AO 245C) will be entered after such .

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|

Total: